| | |
|---|---|
| 1 | TOMIO B. NARITA (SBN 156576) |
|  | tnarita@snllp.com |
| 2 | JEFFREY A. TOPOR (SBN 195545) |
|  | jtopor@snllp.com |
| 3 | JENNIFER L. YAZDI (SBN 301868) |
|  | jyazdi@snllp.com |
| 4 | SIMMONDS & NARITA LLP |
|  | 44 Montgomery Street, Suite 3010 |
| 5 | San Francisco, CA 94104-4816 |
|  | Telephone: (415) 283-1000 |
| 6 | Facsimile:   (415) 352-2625 |

Attorneys for Defendants
Portfolio Recovery Associates, LLC,
Hunt & Henriques, Michael Scott Hunt, and
Janalie Ann Henriques

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CIGANEK, JR., on behalf of himself and all others similarly situated, | CASE NO.: 5:15-cv-03837-LHK |
| Plaintiff, | **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company; HUNT & HENRIQUES, a general partnership; MICHAEL SCOTT HUNT, individually and in his official capacity; and JANALIE ANN HENRIQUES, individually and in her official capacity; | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendants PORTFOLIO RECOVERY ASSOCIATES, LLC, HUNT & HENRIQUES, MICHAEL SCOTT HUNT and JANALIE ANN HENRIQUES ("Defendants") certify that the following persons, association of person, firms, partnerships, corporations (including parent corporation) or other entities have pecuniary interest in the outcome of this case:

1. Portfolio Recovery Associates, LLC, a Delaware limited liability company;
2. PRA Group, Inc., a publicly-traded Delaware corporation, listed on the NASDAQ stock exchange under the symbol PRAA;
3. Hunt & Henriques, a general partnership;
4. Michael Scott Hunt, individually and in his official capacity; and
5. Janalie Ann Henriques, individually and in her official capacity.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: November 18, 2015

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR
JENNIFER L. YAZDI

By: /s/Jeffrey A. Topor
Jeffrey A. Topor
Attorneys for Defendants
Portfolio Recovery Associates, LLC
Hunt & Henriques, Michael Scott Hunt,
and Janalie Ann Henriques