UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM CIGANEK,<br><br>            Plaintiff,<br><br>      v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, et al.,<br><br>            Defendants. | Case No. 15-CV-03837-LHK<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 37 |

On February 4, 2016, the Court ordered the parties to file by February 11, 2016 either (1) a stipulation of dismissal without prejudice and with a tolling agreement, or (2) a joint notice that the parties intend to proceed with litigation. The parties did not file either.

The Court hereby ORDERS the parties to file by 5 p.m. on February 12, 2016 either (1) a stipulation of dismissal without prejudice and with a tolling agreement, or (2) a joint notice that the parties intend to proceed with litigation.

**IT IS SO ORDERED.**

Dated: February 12, 2016

_____
LUCY H. KOH
United States District Judge

1

Case No. 15-CV-03837-LHK
ORDER RE STIPULATION OF DISMISSAL