1   TOMIO B. NARITA (SBN 156576)
    tnarita@snllp.com
2   JEFFREY A. TOPOR (SBN 195545)
    jtopor@snllp.com
3   R. TRAVIS CAMPBELL (SBN 271580)
    tcampbell@snllp.com
4   SIMMONDS & NARITA LLP
    44 Montgomery Street, Suite 3010
5   San Francisco, CA 94104-4816
    Telephone: (415) 283-1000
6   Facsimile:   (415) 352-2625

7
    Attorneys for Defendants
8   Portfolio Recovery Associates, LLC,
    Hunt & Henriques, Michael Scott Hunt,
9   Janalie Ann Henriques, and
    Anthony J. DiPiero
10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13

14   JULIA C. MEZA, on behalf of herself  )   CASE NO.: 5:14-cv-03486-LHK
     and all other similarly situated,    )
15                                         )   [PROPOSED] ORDER GRANTING
                                           )   ADMINISTRATIVE MOTION TO
16              Plaintiff,                 )   CONSIDER WHETHER CASES
                                           )   SHOULD BE RELATED
17        vs.                              )
                                           )
18                                         )
                                           )
19   PORTFOLIO RECOVERY                    )
     ASSOCIATES, LLC, a Delaware           )
20   limited liability company; HUNT &     )
     HENRIQUES, a general partnership;     )
21   MICHAEL SCOTT HUNT,                   )
     individually and in his official      )
22   capacity; JANALIE ANN                 )
     HENRIQUES, individually and in her    )
23   official capacity; ANTHONY J.         )
     DIPIERO, individually and in his      )
24   official capacity;                    )
                                           )
25              Defendants.                )
                                           )
26

27

28

─────────────────────────────────────────────
MEZA v. PORTFOLIO RECOVERY ASSOCIATES, et al. (CASE NO. 5:14-cv-03486-LHK)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION

1    Before the Court is Defendants' Administrative Motion to consider whether

2  the following cases should be deemed related under Civil Local Rule 3-12:

3    *Meza v. Portfolio Recovery Assocs., LLC, et al.*, Case No.: 5:14-cv-03486-

4  LHK ("*Meza*");

5    *Ciganek v. Portfolio Recovery Assocs., LLC, et al.*, Case No.: 5:15-cv-03837-

6  LHK ("*Ciganek*");

7    *James v. Portfolio Recovery Assocs., LLC*, Case No.: 3:14-cv-03889-EMC

8  ("*James*");

9    *Gaines v. Portfolio Recovery Assocs., LLC, et al.*, Case No.: 3-19-cv-01078-

10 LB ("*Gaines*"); and

11   *Combs v. Portfolio Recovery Assocs., LLC, et al.*, Case No.: 5:19-cv-01118-

12 NC ("*Combs*") (together, "the CCP 98 cases").

13   Having read and considered the papers, the Court hereby GRANTS the motion

14 and ORDERS that the CCP 98 cases be related to each other.

15   The plaintiffs in each case assert identical claims against Portfolio Recovery

16 Associations, LLC ("PRA") and its attorneys under the Fair Debt Collection

17 Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, arising from declarations PRA

18 and its attorneys served on debtors pursuant to Section 98 of the California Code of

19 Civil Procedure ("CCP 98") in state court actions to collect delinquent financial

20 obligations owed to PRA.  The plaintiffs in each case allege the PRA declarants

21 were not "available for service of process" as required by CCP 98 because they

22 authorized representatives (defendant Hunt & Henriques and other entities) to accept

23 service on their behalf.  As a result, the plaintiffs contend the PRA declarations

24 violated sections 1692e and 1692f of the FDCPA.  The plaintiffs are all represented

25 by the same counsel and each case is styled as a putative class action.

26   The Court has already found *Ciganek* related to *Meza*, and ordered it

27 transferred to this Court.  Doc. No. 76.  The Court explained the cases were related

28 because they both "concern substantially the same defendants, claims and events,

1   and it appears likely that there will be an unduly burdensome duplication of labor

2   and expense or conflicting results if the cases are conducted before different judges."

3   *Id*. at p. 1.  *James*, *Gaines* and *Combs* are related for the same reasons.

4          Accordingly, *James*, *Gaines* and *Combs* shall be reassigned to the undersigned

5   judge.  All future filings are to bear the initials "LHK."  A copy of this Order shall be

6   filed in the *James*, *Gaines* and *Combs* dockets.

7

8   DATED: __April 22, 2019_____        _Lucy H. Koh_____

9                                                    The Honorable Lucy H. Koh
                                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28